**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CRISTINA REYES,              )<br>                                              )<br>            Plaintiff,           )<br>                                              )<br>vs.                                        )<br>                                              )<br>MICHAEL J. ASTRUE,        )<br>COMMISSIONER OF SOCIAL SECURITY, )<br>                                              )<br>                                              )<br>            Defendant.        )<br>                                              ) | 2:11-CV-00456-PMP-CWH<br><br><br><u>**ORDER**</u> |

On November 18, 2011, the Honorable C. W. Hoffman, Jr., United States Magistrate Judge entered a Report and Recommendation (Doc. #15) recommending that Plaintiff's Motion for Reversal and/or Remand (Doc. #11) be denied, and that Defendant Commissioner's Cross Motion for Summary Judgment (Doc. #12) be granted.

No objections to the Report and Recommendation of the Magistrate Judge have been filed, and the time for filing such objections has expired. The Court has conducted a *de novo* review of the proceedings before the Magistrate Judge and finds that the Recommendation should be affirmed.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Reversal and/or Remand (Doc. #11) is **DENIED**, and the Cross Motion for Summary Judgment (Doc. #12) is filed on behalf of Defendant Commissioner is hereby **GRANTED**.

DATED: December 12, 2011.

_____
PHILIP M. PRO
United States District Judge