**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| CRISTINA REYES, | 2:11-CV-00456-PMP-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On November 18, 2011, the Honorable C. W. Hoffman, Jr., United States Magistrate Judge entered a Report and Recommendation (Doc. #15) recommending that Plaintiff's Motion for Reversal and/or Remand (Doc. #11) be denied, and that Defendant Commissioner's Cross Motion for Summary Judgment (Doc. #12) be granted.

No objections to the Report and Recommendation of the Magistrate Judge have been filed, and the time for filing such objections has expired. The Court has conducted a *de novo* review of the proceedings before the Magistrate Judge and finds that the Recommendation should be affirmed.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Reversal and/or Remand (Doc. #11) is **DENIED**, and the Cross Motion for Summary Judgment (Doc. #12) is filed on behalf of Defendant Commissioner is hereby **GRANTED**.

DATED: December 12, 2011.

_____
PHILIP M. PRO
United States District Judge